

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-23-00412-CV

———————————————————

IN RE LONGHORN SERVICES NORTH TEXAS, LLC, Relator

Original Proceeding
96th District Court of Tarrant County, Texas
Trial Court No. 096-344169-23

Before Womack, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and the response and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: November 14, 2023